JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ
Nevada Bar No. 12400
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
Tel:  (702) 792-3773
Fax:  (702) 792-9002
Email: bundickj@gtlaw.com
          hoguem@gtlaw.com

*Attorneys for Defendant Specialized
Loan Servicing, LLC d/b/a SLS*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS R. LAYTON, an individual<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company d/b/a SLS,<br><br>Defendant. | Case No. 2:20-cv-01225-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT SPECIALIZED LOAN SERVICING, LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[THIRD REQUEST]** |

Defendant Specialized Loan Servicing LLC ("SLS") and Plaintiff Thomas R. Layton ("Plaintiff"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed a putative Class Action Complaint ("Complaint") against SLS in the Eighth Judicial District Court for the State of Nevada in the above-captioned action on May 27, 2020.

2. Plaintiff served the Complaint on SLS on May 29, 2020.

3. On June 29, 2020, SLS removed the matter to this Court pursuant to the 28 U.S.C. § 1441 and 28 U.S.C. § 1332(d).

/ / /

/ / /

/ / /

ACTIVE 43747654v1

4. Pursuant to Fed. R. Civ. P. 81(c)(2), the deadline for SLS to respond to the Complaint is July 6, 2020, which date was continued to July 31, 2020 by virtue of the Court's Order granting Defendant's Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint and Set Briefing Schedule (First Request)(ECF No. 4).

5. On July 22, 2020, the Court granted the Parties' Stipulation and Order to Extend Deadline for Defendant to File Responsive Pleading to Plaintiff's Complaint (Second Request) (ECF No. 7) based on, among other things, ongoing settlement efforts and a family emergency for Plaintiff's counsel requiring her immediate attention. Though the Parties had been hopeful the emergency would subside, unfortunately the emergency persists at the present time and has delayed the ability of the Parties to engage in further settlement negotiations.

6. In light of this ongoing emergency and the desire for judicial economy, Counsel for the Parties now seek a sixty-two (62) day extension (a 60-day extension would fall on a Saturday) to the deadline for SLS to respond to the Complaint from September 29, 2020 to November 30, 2020 as the parties are discussing potential resolution of the matter, in addition to Plaintiff's counsel having a family emergency that requires her immediate attention.

7. Additionally, given that SLS presently anticipates filing a motion in response to Plaintiff's Complaint, counsel conferred and stipulated to the following briefing schedule:

    a. Deadline for SLS to respond to the Complaint: November 30, 2020;

    b. Deadline for Plaintiff to file his opposition to any SLS motion: December 30, 2020; and,

    c. Deadline for SLS to file its reply to Plaintiff's opposition: January 20, 2021.

8. This request is made in good faith and not for the purpose of delay. Rather, the parties believe that the requested continuance will further the interests of efficiency and judicial economy by allowing the parties additional time for potential resolution of the matter and by affording Plaintiff's counsel time to attend to her family emergency.

/ / /

/ / /

THEREFORE, and for good cause shown, the parties respectfully request that the deadline for SLS to file a response to the Complaint be extended up to and including **November 30, 2020**.

FURTHER, and for good cause shown, the briefing schedule for any motion filed by SLS in response to the Complaint shall be as follows:

    a.  Deadline for SLS to respond to the Complaint: November 30, 2020;

    b.  Deadline for Plaintiff to file his opposition to any SLS motion: December 30, 2020; and,

    c.  Deadline for SLS to file its reply to Plaintiff's opposition: January 20, 2021.

IT IS SO STIPULATED

DATED this 24th day of September, 2020.   DATED this 24th day of September, 2020.

GREENBERG TRAURIG, LLP   CLARK NEWBERRY LAW FIRM

*/s/ Jacob D. Bundick*   */s/Tara Clark Newberry*
Jacob D. Bundick, Esq. (NSB 9772)   Tara Clark Newberry, Esq. (NSB 10696)
Michael R. Hogue, Esq. (NSB 12400)   810 S. Durango Drive, Suite 102
10845 Griffith Peak Drive, Suite 600   Las Vegas, Nevada 89145
Las Vegas, Nevada 89135

                                                                                                        *Counsel for Thomas R. Layton*

*Counsel for Specialized Loan Servicing LLC*

**ORDER**

IT IS SO ORDERED:

                                                                               UNITED STATES MAGISTRATE JUDGE
                                                                               DATED: September 24, 2020