**CLARK NEWBERRY LAW FIRM**
Aimee Clark Newberry, Esq. (SBN: 11084)
aclarknewberry@cnlawlv.com
810 S. Durango Drive, Suite 102
Las Vegas, NV 89145
Telephone: (702) 608-4232
Facsimile: (702) 946-1380

**GOMEZ TRIAL ATTORNEYS**
Deborah S. Dixon (CA SBN: 248965)
ddixon@thegomezfirm.com
655 W. Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490
(*Admitted Pro Hac Vice*)

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS R. LAYTON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company d/b/a SLS, <br><br> Defendant. | CASE NO.: 2:20-cv-01225-JAD-EJY <br><br> **STIPULATION AND ORDER TO ALLOW PLAINTIFF TO FILE RESPONSIVE PLEADING TO DEFENDANT'S MOTION TO STRIKE** <br><br> ECF Nos. 21, 24, 25 |

    Plaintiff Thomas R. Layton ("Plaintiff") and Defendant Specialized Loan Services, LLC ("SLS"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

    1.    The Court granted Plaintiff and Defendant's Stipulation and Order setting a briefing schedule for Defendant's responsive pleading, Plaintiff's Opposition and Defendant's Reply. (ECF No. 14). By the Court Order issued on November 23, 2020, Plaintiff's Opposition was due March 1, 2021.

    2.    In compliance with the Court's Order setting the deadline for Defendant to respond to Plaintiff's Complaint, Defendant filed their Motion to Strike Class Allegations (the "Motion") (ECF No.

1

21).  Pursuant to the Court's Order Granting Stipulation for Extension of Time dated November 23, 2020 (ECF No. 14), Plaintiff's responsive pleading was not due until March 1, 2021.  However, a Minute Order was issued February 22, 2021 (ECF No. 24) (the "Minute Order") granting Defendant's Motion to Strike pursuant to Local Rule 7-2(d) stating Plaintiff had failed to timely respond.

3. The Parties agree that Plaintiff can file his responsive pleading to the Motion on March 1, 2021 as originally ordered by the Court and request the Court vacate the Order (ECF No. 24) granting Defendant's Motion to Strike on the grounds identified in the Order.

4. This request is made in good faith and not for the purpose of delay.

THEREFORE, and for good cause shown, the parties respectfully request that the deadline for Plaintiff to file his responsive pleading to the Motion is **March 1, 2021**.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 23rd day of February 2021. | DATED this 23rd day of February 2021. |
| CLARK NEWBERRY LAW FIRM | GREENBERG TRAURIG, LLP |
| /s/ Aimee Clark Newberry | /s/ Jacob D. Bundick |
| Aimee Clark Newberry, Esq. (NSB 11084)<br>810 S. Durango Drive, Suite 102<br>Las Vegas, NV 89145 | Jacob D. Bundick, Esq. (NSB 9772)<br>Michael R. Hogue, Esq. (NSB 12400)<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135 |
| GOMEZ TRIAL ATTORNEYS<br>Deborah S. Dixon, Esq.<br>655 W. Broadway, Suite 1700<br>San Diego, CA 92101<br>(*Admitted Pro Hac Vice*) | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

### ORDER

Based on the parties' stipulation [25] and because the court overlooked the extension of time granted for the filing of the reply [14], IT IS HEREBY ORDERED that the Clerk of Court is directed to **REINSTATE the Motion to Strike [21]** and  **VACATE the 2/2/2021 minute order [24]** granting the motion to strike, with the court's apologies.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 23, 2021