**DIXON DIAB & CHAMBERS LLP**
Deborah S. Dixon (CA SBN: 248965) (*pro hac vice*)
ddixon@theddcfirm.com
Gerissa S. Conforti (CA SBN: 273884) (*pro hac vice*)
gerissa@theddcfirm.com
Tarina Mand (CA SBN: 316477) (*pro hac vice*)
tarina@theddcfirm.com
600 W. Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 354-2662

**CLARK NEWBERRY LAW FIRM**
Aimee Clark Newberry, Esq. (SBN: 11084)
aclarknewberry@cnlawlv.com
810 S. Durango Drive, Suite 102
Las Vegas, NV 89145
Telephone: (702) 608-4232
Facsimile: (702) 946-1380

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS R. LAYTON, an individual, | CASE NO.:   2:20-cv-01225-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO SCHEDULE TELEPHONIC INFORMAL DISCOVERY CONFERENCE REGARDING DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION AND INTERROGATORIES** |
| vs. | |
| SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company d/b/a SLS, | |
| Defendant. | |

Plaintiff Thomas R. Layton ("Plaintiff") and Defendant Specialized Loan Servicing LLC ("SLS"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Plaintiff served his first set of Requests for Production and Interrogatories (the "Requests") upon SLS on May 16, 2022;

2. SLS served its responses to the Requests on June 15, 2022;

1
STIPULATION AND ORDER TO SCHEDULE TELEPHONIC INFORMAL DISCOVERY CONFERENCE

3. The parties have met and conferred on several occasions regarding SLS' responses to the Requests and have narrowed the issues in dispute;

4. The parties now seek a telephonic informal discovery conference with Judge Youchah for guidance on the remaining issues;

5. Plaintiff's counsel obtained available dates from Judge Youchah's clerk and provided those dates to SLS' counsel;

THEREFORE, and for good cause shown, the parties have agreed to attend the telephonic informal discovery conference on the Court provided date of November 18, 2022, at 1:00 p.m. The parties shall file an informal discovery conference statement summarizing the disputed issues by November 15, 2022.

IT IS SO STIPULATED.

DIXON DIAB & CHAMBERS LLP

 /s/ Deborah S. Dixon
Deborah S. Dixon, Esq. (California SBN 248965)
Gerissa S. Conforti (California SBN 273884)
600 West Broadway, Suite 1540
San Diego, CA 92101
(*Admitted Pro Hac Vice*)

CLARK NEWBERRY LAW FIRM
Aimee Clark Newberry, Esq. (NSB 11084)
410 S. Rampart Blvd., Ste. 390
Las Vegas, NV 89145

*Counsel for Plaintiff*

GREENBERG TRAURIG, LLP

 /s/ Michael R. Hogue
Jacob D. Bundick, Esq. (NSB 9772)
Michael R. Hogue, Esq. (NSB 12400)
10845 Griffith Peak Dr., Ste. 600
Las Vegas, NV 89135

*Counsel for Defendant*

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that the parties are instructed to call the Audio Conference Line at (888) 251-2909, access code 7771745, five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is prohibited. The call must be made using a land line.**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED: November 3, 2022**