UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS R. LAYTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company d/b/a SLS,<br><br>Defendant. | Case No. 2:20-cv-01225-JAD-EJY<br><br>**ORDER** |

Pending before the Court is the Motion for Leave to Withdraw as Counsel. ECF No. 60. Defendant Specialized Loan Servicing, LLC filed its non-opposition to the Motion. ECF No. 61. Counsel for Plaintiff states they are obligated to withdraw under Nevada Rule of Professional Conduct 1.16(a). Counsel further states there was an irretrievable breakdown in the attorney client relationship between Class Counsel and Plaintiff. No details whatsoever were provided by Counsel for Plaintiff regarding what prompts Counsel's belief that they must withdraw. Further, a joint report is due to the Court on March 24, 2023 regarding ongoing discovery issues first raised by stipulation of the parties and heard on November 18, 2022. If the Motion to Withdraw is granted, the Court may have no input from Plaintiff regarding the discovery at issue on March 24, 2023. This may prejudice Plaintiff.

Accordingly, IT IS HEREBY ORDERED that a hearing is set for **Monday, March 13, 2023 at 10:30 a.m. via the Zoom video conference platform.** The parties shall contact Elvia Garcia, Courtroom Deputy for the undersigned Magistrate Judge, by **12:00 p.m. on March 9, 2023, at Elvia_Garcia@nvd.uscourts.gov**, and provide the email addresses of their respective participants.

The courtroom deputy shall email all participants with the Zoom link.

IT IS FURTHER ORDERED that persons granted with remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media

credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary to the Court.

Dated this 7th day of March, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE