```
                  UNITED STATES DISTRICT COURT
                       DISTRICT OF NEVADA
```

| | |
|---|---|
| THOMAS R. LAYTON,<br>        Plaintiff,<br>vs.<br>SPECIALIZED LOAN<br>SERVICING, LLC,<br>        Defendant. | Case No. 2:20-cv-01225-CDS-EJY<br><br>**ORDER TEMPORARILY**<br>**UNSEALING NOTES** |

On October 18, 2023, Samantha McNett, Transcriber, received a Transcript Order Form requesting a transcript of the Motion Hearing, held on March 17, 2023 from Martin Schrama of Stark & Stark in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Martin Schrama of Stark & Stark.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this 18th day of October, 2023.

_____
Elayna J. Youchah
United States Magistrate Judge