1  MARTIN SCHRAMA (*pro hac vice*)
2  STEFANIE COLELLA-WALSH (*pro hac vice*)
   **STARK & STARK**
3  100 American Metro Blvd.
   Hamilton, NJ 08619
4  Telephone: (609) 895-7261
   Facsimile: (609)_895-7395
5  Email: mschrama@stark-stark.com
   scolellawalsh@stark-stark.com
6
7  DANIEL CENTNER (*pro hac vice*)
   **PEIFFER WOLF CARR KANE**
8  **CONWAY & WISE, LLP**
   1519 Robert C. Blakes Drive, 1st Floor
9  New Orleans, LA 70130
   Telephone: (504) 523-2434
10 Facsimile: (504) 608-1465
   Email:  dcentner@peifferwolf.com
11
12 *Attorneys for Plaintiff*
13
14            **UNITED STATES DISTRICT COURT**
15               **DISTRICT OF NEVADA**
16
   THOMAS R. LAYTON, an individual,          Case No. 2:20-cv-01225-JAD-EJY
17
                *Plaintiff*,
18
                                             **EX PARTE/CONSENT MOTION AND**
19       vs.                                 **ORDER TO EXTEND THE PARTIES'**
                                             **DEADLINE TO SUBMIT SAMPLING**
20 SPECIALIZED LOAN SERVICING,               **PROTOCOL**
   LLC, a Delaware limited liability company
21 d/b/a SLS,                                [First Request]
22              *Defendant*.
23
24
25      **NOW INTO COURT**, through undersigned counsel, comes Plaintiff Thomas R. Layton
26 ("Plaintiff"), who respectfully submits the following Ex Parte/Consent Motion seeking a brief,
27 three- business day extension of the parties' deadline for submitting their sampling protocol to the
28 Court. *See* ECF Nos. 89-90. In support of this motion, Plaintiff avers as follows:

On October 30, 2023 the Court ordered the parties to meet-and-confer regarding a protocol for the sampling of certain payment records maintained by Defendant Specialized Loan Servicing, LLC ("SLS"). The parties have conferred at length and are very close to finalizing an agreement; however, the parties require a short extension of time to clarify certain details and document their agreement to submit to the Court. Accordingly, the parties respectfully request that they be allowed up through and until Tuesday, December 5, 2023 to file their sampling protocol with the Court. This is the first request for an extension of this deadline, and no other deadlines will be impacted/delayed if the requested extension is granted.

Dated: December 1, 2023

/s/ Michael R. Hogue
Jacob D. Bundick, Esq. (NSB 9772)
Michael R. Hogue, Esq. (NSB 12400)
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for Specialized Loan Servicing LLC*

/s/Daniel Centner
DANIEL CENTNER (pro hac vice)
PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP
1519 Robert C. Blakes Drive, 1ST Floor
New Orleans, LA 70130
Telephone: (504) 523-2434
Facsimile: (504) 608-1465
Email: dcentner@peifferwolf.com

*Counsel for Plaintiff Thomas Layton and the Putative Class*

**ORDER**

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 1, 2023

EX PARTE/CONSENT MOTION TO EXTEND DEADLINE TO SUBMIT SAMPLING PROTOCOL