JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
JERRELL L. BERRIOS, ESQ.
Nevada Bar No. 15504
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
Tel:    (702) 792-3773
Fax:   (702) 792-9002
Email: bundickj@gtlaw.com
          hoguem@gtlaw.com
          berriosj@gtlaw.com

*Attorneys for Defendant Specialized*
*Loan Servicing, LLC d/b/a SLS*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS R. LAYTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company d/b/a SLS,<br><br>Defendant. | Case No.  2:20-cv-01225-CDS-EJY<br><br>**STIPULATION AND ORDER TO SCHEDULE TELEPHONIC INFORMAL DISCOVERY CONFERENCE REGARDING CLASS DATA SAMPLING PROTOCOL** |

Defendant Specialized Loan Servicing, LLC d/b/a SLS ("SLS" or "Defendant") and Plaintiff Thomas R. Layton ("Layton" or "Plaintiff"), through counsel, stipulate and agree as follows:

1.       On October 30, 2023, the Court ordered the parties to meet and confer about a sampling protocol for class data relating to certain payment records maintained by SLS and to file the sampling protocol with the Court.

2.       The parties met and conferred at length but were unable to reach an agreement.

3.       The parties now seek a telephonic informal discovery conference with Judge Youchah for guidance at a date most convenient to the Court.

/ / /

ACTIVE 692047996v1

1    4.    The parties further stipulate and agree to submitting an informal discovery conference

2  statement due five (5) days before the date the Court sets the conference.

3    THEREFORE, and for good cause shown, the parties agree to attend the telephonic informal

4  discovery conference set at the earliest date available for Judge Youchah.  The parties shall file an

5  informal discovery conference statement summarizing the disputed issues five (5) days before the date

6  the Court sets the conference.

7    IT IS SO STIPULATED.

8  **STARK & STARK**                              **GREENBERG TRAURIG, LLP**

9

10    _/s/Stefanie Colella-Walsh_              _/s/Michael R. Hogue_

11  MARTIN SCHRAMA (*pro hac vice*)          JACOB D. BUNDICK, ESQ. (NSB 9772)
   STEFANIE COLELLA-WALSH (*pro hac vice*)  MICHAEL R. HOGUE, ESQ. (NSB 12400)
   100 American Metro Blvd.                 JERRELL L. BERRIOS, ESQ. (NSB 15504)

12  Hamilton, NJ 08619                        10845 Griffith Peak Dr., Suite 600
                                             Las Vegas, NV 89135

13  *Counsel for Plaintiff Thomas Layton*

14                                            *Counsel for Specialized Loan Servicing LLC
                                             d/b/a SLS*

15

16                                     **ORDER**

17    IT IS SO ORDERED.

18    IT IS FURTHER ORDERED that the telephonic informal discovery conference is set for

19  **December 20, 2023 at 10:00 a.m.**  Parties are instructed to call the Audio Conference Line at **(888)

20  251-2909, access code 7771745**, five (5) minutes prior to the hearing time.  Please remain on the line

21  until such time as the Court joins the call and convenes the proceedings.  The use of a cell phone or

22  speaker phone during the call is prohibited.  The call must be made using a land line.

23    IT IS FURTHER ORDERED that the parties shall file an informal discovery conference

24  statement no later than **December 14, 2023**.

25

26                                     _____
                                     U.S. MAGISTRATE JUDGE

27
                                     Dated:  December 11, 2023

28

- 2 -