CHRISTOPHER A.J. SWIFT
**ARIAS SANGUINETTI WANG & TEAM, LLP**
7201W. Lake Mead Blvd., Suite 570
Las Vegas, NV 89128
Telephone: (702) 935-5149
Email: christopher@aswtlawyers.com

MARTIN SCHRAMA (pro hac vice)
STEFANIE COLELLA-WALSH (pro hac vice)
**STARK & STARK, P.C.**
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone: (609) 895-7261
Facsimile:  (609)_895-7395
Email: mschrama@stark-stark.com
          scolellawalsh@stark-stark.com

DANIEL CENTNER (pro hac vice)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
935 Gravier Street, Suite 1600
New Orleans, LA 70112
Telephone: (504) 523-2434
Facsimile:  (504) 608-1465
Email: dcentner@peifferwolf.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS R. LAYTON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company d/b/a SLS<br><br>Defendants. | CASE NO. 2:20-cv-01225-JAD-EJY<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

In accordance with Local Rule IA 11-6(b), counsel of record, Stark & Stark, P.C., Peiffer Wolf Carr Kane Conway & Wise, LLP, and Arias Sanguinetti Wang & Team, LLP

1  (collectively, "Class Counsel"), hereby move for leave to withdraw as counsel for Plaintiff
2  Thomas R. Layton and the putative class.
3      This motion is based on the below Memorandum of Points and Authorities, all
4  pleadings and filings, and upon such other evidence and arguments as may properly come
5  before the Court prior to or during the hearing on this matter.

Dated: May 13, 2024

**ARIAS SANGUINETTI WANG & TEAM LLP**

 */s/ Christopher A.J. Swift*
CHRISTOPHER A.J. SWIFT
7201W. Lake Mead Blvd., Suite 570
Las Vegas, NV 89128

**STARK & STARK, P.C.**

 */s/ Martin Schrama*
MARTIN SCHRAMA (pro hac vice)
STEFANIE COLELLA-WALSH (pro hac vice)
100 American Metro Blvd.
Hamilton, NJ 08619

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**

 */s/ Daniel Centner*
DANIEL CENTNER (pro hac vice)
935 Gravier Street, Suite 1600
New Orleans, LA 70112

*Counsel for Plaintiff*

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

**MEMORANDUM OF POINTS AND AUTHORITIES**

1.  Nevada Rules of Professional Conduct ("NRPC") 1.16(a) states in pertinent part, "a lawyer shall not represent a client, or where representation has commended, shall withdraw from the representation of a client if: (1) The representation will result in violation of the Rules of Professional Conduct or other law… or (3) The lawyer is discharged." NRPC 1.16(b) also allows for permissive withdrawal if it can be "accomplished without material adverse effect on the interests of the client" or if "[o]ther good cause for withdrawal exists." (NRPC 1.16(b)(1); (7).

2.  Class Counsel is obligated to withdraw under NRPC 1.16(a) and therefore requests permission to withdraw as attorneys of record for Plaintiff Thomas R. Layton ("Plaintiff") and the putative class. There has been an irreparable breakdown in the attorney-client relationship between Class Counsel and Plaintiff. Plaintiff terminated all communication with Class Counsel on April 17, 2024. Plaintiff has been provided sufficient notice of this request and this motion will be filed.

3.  The Case has not been set for trial and discovery is ongoing with no date set for the close of discovery. At the time of this request, the parties were finalizing the sampling protocol to take place over the next few months.

4.  Class Counsel requests this Court grant their motion to Withdraw as Counsel, thereby removing Stark & Stark, P.C., Peiffer Wolf Carr Kane Conway & Wise, LLP, Arias Sanguinetti Wang & Team, LLP, and all attorneys associated at each Firm, from all e-filing and mailing service lists, effective immediately.

Dated: May 13, 2024

**ARIAS SANGUINETTI WANG & TEAM, LLP**

  /s/ Christopher A.J. Swift
CHRISTOPHER A.J. SWIFT
7201W. Lake Mead Blvd., Suite 570
Las Vegas, NV 89128

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

**STARK & STARK, P.C.**

  /s/ Martin Schrama
MARTIN SCHRAMA (pro hac vice)
STEFANIE COLELLA-WALSH (pro hac vice)
100 American Metro Blvd.
Hamilton, NJ 08619

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**

  /s/ Daniel Centner
DANIEL CENTNER (pro hac vice)
935 Gravier Street, Suite 1600
New Orleans, LA 70112

*Counsel for Plaintiff*

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of May 2024, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to the following individuals, who have consented in writing to accept this Notice as service of this document by electronic means.

**GREENBERG TRAURIG, LLP**
JACOB D. BUNDICK, ESQ. Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ. Nevada Bar No. 12400
JERRELL L. BERRIOS, ESQ. Nevada Bar No. 15504
10845 Griffith Peak Drive, Ste. 600 Las Vegas, NV 89135
Tel: (702) 792-3773
Fax: (702) 792-9002
Email: bundickj@gtlaw.com
   hoguem@gtlaw.com
   berriosj@gtlaw.com

*Attorneys for Defendant Specialized Loan Servicing, LLC d/b/a SLS*

I hereby certify that on the 10th day of May 2024, I electronically submitted the foregoing document by electronic means and FedEx 2-day service to Plaintiff, Thomas Layton.

　　　　　　　　　　　　　　　　　　　　　 /s/ Christopher A.J. Swift
　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER A.J. SWIFT, ESQ.

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**