UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THOMAS R. LAYTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company d/b/a SLS,<br><br>Defendant. | Case No. 2:20-cv-01225-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Strike Class Allegations. ECF No. 106. The Motion was filed on July 25, 2024. The response was therefore due fourteen days later on August 8, 2024. No response to the Motion was filed. No request for extension was received. Under LR 7-2(d), the Court may treat the failure of an opposing party to file a response to a motion as that party's consent to granting of the motion.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion to Strike Class Allegations (ECF No. 106) is GRANTED.

IT IS FURTHER ORDERED that the class allegations in Plaintiff's Amended Complaint (ECF No. 27) are struck and this case proceeds as a single plaintiff claim.

Dated this 9th day of August, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE