UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| THOMAS R. LAYTON, an individual, | Case No. 2:20-cv-01225-JAD-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company d/b/a SLS, | |
| Defendant. | |

Pending before the Court are competing discovery plans and scheduling orders filed by Plaintiff and Defendant. ECF Nos. 109, 110. Plaintiff seeks a discovery period of approximately six months. Defendant seeks to close discovery on September 20, 2024, right after Plaintiff takes the deposition of Defendant's Federal Rule of Civil Procedure 30(b)(6) representative.

This case originally proceeded as a putative class action. It is now proceeding as a single plaintiff case. Plaintiff states he must have time after the corporate representative deposition to conduct additional discovery if needed. The Court finds this request reasonable. However, the Court finds Plaintiff's apparent desire to depose individual employees who may have interacted with his account many years ago not as reasonable.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's proposed Discovery Plan and Scheduling Order (ECF. No. 109) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Defendant's proposed Discovery Plan and Scheduling Order (ECF No. 110) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that discovery will remain open through **November 29, 2024**. Given the amount of discovery that has occurred before the date of this Order, no extension of discovery will be granted absent a demonstration of extraordinary unforeseen circumstances.

IT IS FURTHER ORDERED that Plaintiff may propound written discovery after the deposition of Defendant's corporate representative. However, Plaintiff may not set the depositions of individual employees of Defendant without first meeting and conferring with Defendant's

1

counsel, and then, if no agreement can be reached, contacting the Court by submitting a status report in which he explains why the depositions of individual employees are appropriate.

IT IS FURTHER ORDERED that the deadline to file dispositive motions is **January 10, 2025**.

IT IS FURTHER ORDERED that the deadline to file a proposed joint pre-trial order is **February 10, 2025**. If dispositive motions are pending on February 10, 2025, this date is automatically vacated and advanced to 30 days after the Court rules on dispositive motions.

Dated this 12th day of August, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2